IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TED LEWIS, JR.,

       Plaintiff,            No. CIV S-07-0090 RRB DAD P

  vs.

B. NAKU, et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff has requested a thirty day extension of time to file an opposition to defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's July 17, 2007 application for an extension of time (Doc. 12) is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file the opposition. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: July 23, 2007.

<u>Dale A. Drozd</u>

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
lewi0090.36opp